[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 24-10414

Non-Argument Calendar

_____

TASER INTERNATIONAL, INC.,

a Delaware corporation

now known as

Axon Enterprise, Inc.,

Plaintiff-Counter Defendant-Appellee,

*versus*

PHAZZER ELECTRONICS, INC.,

a Delaware corporation, et al.,

Defendants,

STEVEN ABBOUD,
a Florida citizen,

                              Defendant-CounterClaimant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:16-cv-00366-PGB-LHP

_____

Before WILSON, JILL PRYOR, and GRANT, Circuit Judges.

PER CURIAM:

Upon review of the record and the parties' responses to the jurisdictional questions, this appeal is DISMISSED for lack of jurisdiction.

We agree with the parties that the district court's January 17, 2024 order entering default judgment for Taser International, Inc. and imposing attorney's fees in an amount to be determined is not final or appealable. *See* 28 U.S.C. § 1291; *Acheron Cap., Ltd. v. Mukamal*, 22 F.4th 979, 986 (11th Cir. 2022); *Jaffe v. Sundowner Properties, Inc.*, 808 F.2d 1425, 1426-27 (11th Cir. 1987). The district court resolved the postjudgment proceedings on sanctions grounds under Federal Rule of Civil Procedure 37 and awarded an unspecified amount of attorney's fees as one of multiple sanctions. Thus, the

24-10414                Opinion of the Court                3

district court's order will not be final and appealable until the amount of the attorney's fees award is determined. *See Jaffe*, 808 F.2d at 1426-27. Further, the remaining orders designated in Steven Abboud's notice of appeal are not final or otherwise immediately appealable. *See* 28 U.S.C. § 1291. Accordingly, we lack jurisdiction over this appeal.